**Law Offices of Beles & Beles**
Robert J. Beles Bar no. 41993
Paul McCarthy Bar no. 139497
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Petitioner*
JONATHAN JACOBSON

United States District Court
for the Eastern District of California
Fresno Courthouse

| | |
|---|---|
| JONATHAN JACOBSON, | No. 1:20-cv-01465-SAB-HC |
| *Petitioner*, | ORDER GRANTING EXTENSION OF TIME TO FILE OPPOSITION MEMORANDUM |
| vs. | |
| CESAR SARAY, Division Manager, Juvenile Services, Kings County, California, | (ECF No. 10) |
| *Respondent*. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| *Real Party in Interest*. | |

This court grants petitioner's motion for extension of time to file his opposition memorandum, from Monday, January 4, 2021, to and including Wednesday, February 3, 2021. The hearing date on respondent's motion to dismiss, presently set for January 27, 2021 at 10:00 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone, is continued until March 10, 2021 at 10:00 AM.

IT IS SO ORDERED.

Dated:   **December 30, 2020**

UNITED STATES MAGISTRATE JUDGE