# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN JACOBSON,<br><br>    Petitioner,<br><br>    v.<br><br>CESAR SARAY,<br><br>    Respondent. | Case No. 1:20-cv-01465-SAB-HC<br><br>ORDER GRANTING PETITIONER'S SECOND APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION MEMORANDUM<br><br>ORDER VACATING HEARING SET FOR MARCH 10, 2021<br><br>(ECF No. 12) |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 11, 2020, Respondent filed a motion to dismiss. (ECF No. 8). On December 30, 2020, the Court granted Petitioner a thirty-day extension of time to file an opposition. (ECF No. 11). On February 1, 2021, Respondent filed a second application for an extension of time to file an opposition to Respondent's motion to dismiss due to counsel's deadlines for appellate briefs in other case matters. (ECF No. 12). Although the Court will grant this extension, the "cause" described here is typical of litigation practice and is not a basis for any further extension. No further extensions of time will be granted absent a showing of good cause, not present here.

The parties are advised that due to the impact of habeas cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted to and including March 5, 2021 to file an opposition to the motion to dismiss;
2. Any reply shall be filed within seven (7) days after the opposition is served; and
3. The hearing on the motion to dismiss currently set for March 10, 2021 is VACATED and will be rescheduled, if necessary.

IT IS SO ORDERED.

Dated:   **February 2, 2021**

UNITED STATES MAGISTRATE JUDGE